Certificate Number: 17082-PAM-DE-035610670

Bankruptcy Case Number: 21-00853



17082-PAM-DE-035610670

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 26, 2021, at 3:14 o'clock PM MST, PATRICIA WARNER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 26, 2021

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director