In re:     Case No. 21-00853-HWV
Patricia Anne Warner     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: May 28, 2021 | Form ID: ntcnfhrg | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Anne Warner, 47 Jamison Drive, York, PA 17402-2615 |
| 5403836 | | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5408421 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5403844 | + | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 5403847 | + | Springetts Apartment, 50 Eisenhower Dr, Pa, PA 17402-2611 |
| 5411521 | + | YORK CITY SEWER AND REFUSE, c/o THE YORK WATER COMPANY, 130 EAST MARKET STREET, BOX 15089, YORK PENNSYLVANIA 17401-1219 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 28 2021 19:16:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5403838 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | May 28 2021 19:13:00 | Bridgecrest, PO Box 53087, Phoenix, AZ 85072-3087 |
| 5410606 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 28 2021 19:15:36 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5403839 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 28 2021 19:15:36 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5404254 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | May 28 2021 19:13:00 | Carvana, LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 5403840 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 28 2021 19:12:00 | Comenitybank/chrisbank, Po Box 182789, Columbus, OH 43218-2789 |
| 5403841 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 28 2021 19:12:00 | Comenitybk/bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 5403842 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 28 2021 19:12:00 | Comenitybk/fullbeauty, Po Box 182789, Columbus, OH 43218-2789 |
| 5403835 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 28 2021 19:12:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5403843 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 28 2021 19:16:51 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 5403845 | + | Email/PDF: pa_dc_claims@navient.com | May 28 2021 19:16:54 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 5405031 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | May 28 2021 19:12:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 5408180 | + | Email/PDF: cbp@onemainfinancial.com | May 28 2021 19:15:35 | OneMain Financial, PO Box 3251, Evansville, IN |

| | | | | |
|---|---|---|---|---|
| | | | | 47731-3251 |
| 5403846 | + | Email/PDF: cbp@onemainfinancial.com | May 28 2021 19:16:07 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5403848 | + | Email/PDF: gecsedi@recoverycorp.com | May 28 2021 19:16:08 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 5403959 | + | Email/PDF: gecsedi@recoverycorp.com | May 28 2021 19:15:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5403837 | + | Email/Text: kcm@yatb.com | May 28 2021 19:12:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2021 at the address(es) listed below:

**Name**      **Email Address**

Dawn Marie Cutaia
on behalf of Debtor 1 Patricia Anne Warner dmcutaia@gmail.com cutaialawecf@gmail.com;r46159@notify.bestcase.com,judy.cutaialaw@gmail.com

Jack N Zaharopoulos (Trustee)
TWecf@pamd13trustee.com

Rebecca Ann Solarz
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Patricia Anne Warner,     Chapter     13

**Debtor 1**

Case No.     1:21−bk−00853−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 7, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 14, 2021 <br><br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: JoanGoodling, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 28, 2021 |

ntcnfhrg (05/21)