UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: PATRICIA ANNE WARNER       :   CHAPTER 13
        Debtor(s)                :
                                              :

     JACK N. ZAHAROPOULOS         :
     STANDING CHAPTER 13 TRUSTEE   :
        Movant                 :
                                              :
        vs.                     :
                                              :

     PATRICIA ANNE WARNER          :
        Respondent(s)             :   CASE NO.   1-21-bk-00853

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this   27th   day of May, 2021, comes Jack N. Zaharopoulos, Standing

Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the

following reason(s):

       1.   Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not
submitted all or such portion of the disposable income to the Trustee as required.   More
specifically,

       Trustee alleges and avers that debtor(s)' disposable income is greater than that
which is committed to the plan based upon the Means Test calculation and specifically disputes the
following amounts:

          a.   Actual taxes incurred with tax refund adjustment – Line 16.

       2.   Schedule J lacks description:

          a.   Second page
          b.   SOFA #4

       WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and
therefore Trustee prays that this Honorable Court will:

          a.   Deny confirmation of debtor(s) plan.

   b.   Dismiss or convert debtor(s) case.

   c.   Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this   4th   day of June, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dawn Marie Cutaia, Esquire
115 East Philadelphia Street
York, PA   17401

/s/Deborah A. Behney
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee